# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1397
LT Case No. 16-2025-CC-1701

_____

STEVEN MCBRIDE,

    Appellant,

    v.

COURTNEY KELLER and
SAVANNAH YOUNG,

    Appellees.

_____

On appeal from the County Court for Duval County.
Kelly E. Eckley-Moulder, Judge.

Steven McBride, Jacksonville, pro se.

Joshua C. Webb and Jacob Z. Coates, of Hill, Ward
& Henderson, P.A., Tampa, for Appellees.

April 2, 2026

**ON REHEARING**

MACIVER, J.

On the parties' motions for clarification and rehearing, we grant Appellees' motion and deny Appellant's motion. We withdraw this Court's previously issued opinion and substitute this opinion in its place.

The trial court's order dismissing Appellant's complaint with prejudice is AFFIRMED. *See Summers v. State*, 695 So. 2d 893 (Fla. 5th DCA 1997).


JAY, C.J., and LAMBERT, J. concur.

―――――――――――――――――

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

―――――――――――――――――